**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00083-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

MELVIN MAYS,

    Plaintiff,

v.

NO NAMED DEFENDANT,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Plaintiff Melvin Mays is in the custody of the Federal Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Lewisburg, Pennsylvania. Plaintiff has submitted a letter alleging a violation of his constitutional rights. Although not entirely clear, it appears that Plaintiff may intend to seek some relief in this court. Therefore, this civil rights action has been commenced. As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the letter is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. If Plaintiff does not intend to pursue a civil rights action in this court at this time, he should advise the court of that fact and the instant action will be dismissed. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   _X_    is not submitted
(2)   ___    is missing affidavit
(3)   _X_    is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___    is missing a certified account statement showing the current balance in Plaintiff's prison account is not certified
(5)   ___    is missing required financial information
(6)   ___    is missing an original signature by the prisoner
(7)   ___    is not on proper form (must use the Court's current form)
(8)   ___    names in caption do not match names in caption of complaint, petition or habeas application
(9)   _X_    is missing a signed authorization to allow agency to disburse funds from inmate account
(10)  _X_    other: In the alternative, Plaintiff may prepay the $400 filing fee.

**Complaint, Petition or Application**:
(11)  _X_    is not submitted
(12)  ___    is not on proper form
(13)  ___    is missing an original signature by the prisoner
(14)  ___    is missing page nos. ___
(15)  ___    uses et al. instead of listing all parties in caption
(16)  ___    names in caption do not match names in text
(17)  ___    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 13, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge